IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| AALEN NORTON, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:19-cv-00001-O-BP |
| WELLS FARGO BANK, N.A. | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 2, 2019, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 29. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court concludes that the Findings and Conclusions of the Magistrate Judge are correct, and are, therefore, **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendant Wells Fargo, N.A.'s Motion for Judgment on the Pleadings (ECF No. 15).

**SO ORDERED** this **20th day** of **August, 2019**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**